IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

AUGUSTA DIVISION

| | |
|---|---|
| PAMELA MICHELLE WILKERSON, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CV 121-186 |
| ) | |
| ROBIN E. JACKSON; DWIGHT ) | |
| WILLIAMS; SARAH GOOD-HOSEY; ) | |
| ANGELA MYERS; and DENIS ) | |
| McDONOUGH, ) | |
| ) | |
| Defendants. ) | |

**ORDER**

After a careful, *de novo* review of the file, the Court concurs with the Magistrate Judge's Report and Recommendation, to which no objections have been filed. Accordingly, the Court **ADOPTS** the Report and Recommendation of the Magistrate Judge as its opinion and **DISMISSES** Plaintiff's claims under the ADA for lack of subject matter jurisdiction as well as Defendants Robin E. Jackson, Dwight Williams, Sarah Good-Hosey, and Angela Myers. The case shall proceed against Defendant Denis McDonough as described in the Magistrate Judge's January 11, 2022 Order. (See doc. no. 8.)

SO ORDERED this 7th day of February, 2022, at Augusta, Georgia.

J. RANDAL HALL, CHIEF JUDGE
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA